AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*February 9, 2016*

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Joshua Farmer<br><br>*Defendant(s)* | Case No.  **H 16-210M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2016__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 751(a); Escape | Did knowingly escape from the custody of an institution or facility in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Yosko, Deputy U. S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/09/2016__

_____
*Judge's signature*

City and state: __Houston, Texas__   Hon. Nancy K. Johnson, United States Mag. Judge
*Printed name and title*

# AFFIDAVIT

This Affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Joshua FARMER (registration number 11319-046) who escaped from the Leidel Comprehensive Sanction Center in Houston; a federal half-way house with the U.S. Bureau of Prisons, operated by GEO. His escape is in violation of criminal statute 18 U.S.C. 751(a).

I, Robert Yosko, having been duly sworn, declare under the penalty of perjury, and state:

1. That I am a Deputy United States Marshal with the United States Marshals Service (USMS) in Houston, Texas and have been employed in this capacity since 2010.

2. During my employment with the United States Marshals Service, I have been trained in investigations related to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. On January 18, 2012, in the District of Montana, FARMER was sentenced to 60 months and 5 years Supervised Release for a conviction of Conspiracy to Possess with Intent to Distribute Meth. On July 31, 2015, FARMER was sentenced in Galveston to 10 months for a Supervised Release Violation. On January 28, 2016, FARMER was transferred to the half-way house in Houston.

4. On January 29, 2016 the Houston USMS received a BP-A0393 document indicating FARMER had escaped by jumping over the fence at the halfway house. FARMER escaped with a projected seven weeks left on his sentence. The Leidel Sanction Center is a Bureau of Prisons facility.

5. On January 29, 2016, after being notified of the escape, the U.S. Marshals declared FARMER an escaped prisoner and entered him in NCIC, for the violation of Title 18 USC 751(a), and began the fugitive investigation.

I, Robert Yosko, Deputy U.S. Marshal, in the U.S. Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Robert Yosko
Deputy United States Marshal

Sworn to before me and subscribed in my presence this ___9th___ Day of February, 2016 and I find probable cause exists.

_____
Honorable Nancy K. Johnson
United States Magistrate Judge